918

of petitioners to renew the motion at the hearing on the merits. *Lavine & Sutherland, Paul P. Baillargeon,* for petitioners-appellants. *Macktaz, Keefer and Kirby, Paul A. Fontaine,* for respondents-appellees.

M. P. No. 73-88. GERALD CARVER *v.* FRANCIS A. HOWARD, *Warden.* Petition for a writ of habeas corpus is granted and case remanded to the Superior Court to remand to the District Court of the First Division, which court, in consonance with *Tate* v. *Short,* 401 U. S. 395, 91 S.Ct. 668, 28 L.Ed.2d 130 (1971), shall canvass the alternatives to which it may resort in order to avoid imprisoning the petitioner, notwithstanding his indigency, because of his inability to pay the fine levied against him. Pending that disposition the petitioner may continue at liberty under the bail fixed by the Superior Court on March 3, 1973. *Richard A. Boren,* Supervising Attorney, Inmate Legal Assistance, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 73-136. DENNIS M. CANULLA *v.* FORT CHURCH PROPERTIES Co., INC. Petition of plaintiff for writ of certiorari denied. Petition of defendant for writ of certiorari denied. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for plaintiff. *Martin M. Zucker, N. Jameson Chace,* for defendant.

M. P. No. 73-186. HIGH-WOOD INC. *v.* ZONING BOARD OF REVIEW OF WEST WARWICK. Petition for writ of certiorari denied for failure of petitioner to comply with the provisions of Rule 13. *Louis A. Petrarca, Jr., Joseph J. McGair,* for petitioner. *John Brunero,* Town Solicitor, *Cameron P. Quinn,* for respondent.

M. P. No. 73-192. CITY OF WARWICK *v.* ZETTS CONSTRUCTION Co. *et al.* Petition for writ of certiorari denied without prejudice for failure of petitioner to comply with the provisions of Rule 13. Motion of respondents to remand to the Superior Court for the purpose of receiving a decision from the trial